STATE OF NEW JERSEY v. ROGER L. SMACKS

November 17, 1970. Petition for certification denied.

STATE OF NEW JERSEY v. RONALD CORBITT

November 17, 1970. Petition for certification denied.

STATE OF NEW JERSEY v. TROY VICTOR

November 17, 1970. Petition for certification denied.

STATE OF NEW JERSEY v. LEE DAVIS

November 17, 1970. Petition for certification denied.

STATE OF NEW JERSEY v. DAVID LEE SMITH

November 17, 1970. Petition for certification denied.

STATE OF NEW JERSEY v. DENNIS MOORE

November 17, 1970. Petition for certification denied. See 111 *N. J. Super.* 528.